# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| KENNETH ANTHONY,<br><br>          Plaintiff,<br><br>v.<br><br>CAPITAL ONE FINANCIAL CORPORATION *et al.*,<br><br>          Defendants. | Case No. 1:19-cv-00993 |

## NOTICE OF HEARING

Please take notice that on **August 23, 2019 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, Defendants Capital One Financial Corporation, Capital One, N.A., and Capital One Bank (USA), N.A., by and through counsel, will seek the relief requested in their [1]Motion to Stay or, in the Alternative, for an Extension to Time to Respond to the Complaint under Federal Rule of Civil Procedure 12(b)(6).

Respectfully submitted, this 16th day of August 2019.

                                      **CAPITAL ONE FINANCIAL CORPORATION**
                                      **CAPITAL ONE, N.A.**
                                      **CAPITAL ONE BANK (USA), N.A.**

                                      */s/ Mary C. Zinsner*_____
                                      Mary C. Zinsner (VSB No. 31397)
                                      TROUTMAN SANDERS LLP
                                      401 9th Street, NW
                                      Suite 1000
                                      Washington, DC 20004
                                      Telephone: (703) 734-4334
                                      Facsimile: (703) 734-4340
                                      mary.zinsner@troutman.com

---

[1] Defendants are endeavoring to obtain consent to the stay and will notify the Court promptly if the motion becomes uncontested.

39756600

Robert A. Angle (VSB No. 37691)
Jon S. Hubbard (VSB No. 71089)
Harrison Scott Kelly (VSB No. 80546)
TROUTMAN SANDERS LLP 1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
robert.angle@troutman.com
jon.hubbard@troutman.com
scott.kelly@troutman.com

David L. Balser (*pro hac vice forthcoming*)
S. Stewart Haskins II (*pro hac vice forthcoming*)
John C. Toro (*pro hac vice forthcoming*)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel.: (404) 572-4600
Fax: (404) 572-5140
dbalser@kslaw.com
shaskins@kslaw.com
jtoro@kslaw.com

*Counsel for Capital One Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of August 2019, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ Mary C. Zinsner
Mary C. Zinsner (VSB No. 31397)
TROUTMAN SANDERS LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004
Telephone: (703) 734-4334
Facsimile: (703) 734-4340
mary.zinsner@troutman.com

*Counsel for Capital One Defendants*